

**ORDERED in the Southern District of Florida on May 11, 2009.**

_____
**Raymond B. Ray, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

IN RE:

FLORIDA'S FINEST SEAFOOD CO.,

    Debtor.
_____/

CASE NO.09-11820-RBR

Chapter 11 Proceeding

**ORDER GRANTING APPLICATION FOR APPROVAL OF EMPLOYMENT
OF GLENN D. MOSES, ESQ. AND THE LAW FIRM OF GENOVESE,
JOBLOVE & BATTISTA, P.A., AS COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
_NUNC PRO TUNC_ TO APRIL 6, 2009**

    THIS MATTER came before this Court on May 5, 2009 at 9:30 a.m. upon the application (the "Application") of the Committee of Unsecured Creditors (the "Committee") of Florida's Finest Seafood Co. (the "Debtor") for entry of an Order, pursuant to 11 U.S.C. § 327(a), authorizing the Committee to employ and retain Glenn D. Moses, Esq. and the law firm of Genovese Joblove & Battista, P.A. ("GJB") as counsel to the Committee [D.E. #66]; and upon

the Affidavit of Glenn D. Moses (the "Moses Affidavit"), a shareholder in GJB; and it appearing to the Court that the representations made in the Application and the Moses Affidavit that said attorneys represent no interest adverse to the Debtor's estate, that they are disinterested persons as that term is defined under Section 101(14) of the Bankruptcy Code, that GJB's employment is necessary and would be in the best interests of the Debtor's estate, that all connections to the Debtor's estate has been sufficiently disclosed, that proper and adequate notice has been given and that no other or further notice is necessary; upon the record herein and after due deliberation thereon, the relief should be granted as set forth below. Accordingly, it is

ORDERED as follows:

1. The Application is GRANTED;

2. Pursuant to Section 327(a) of the Bankruptcy Code, the Committee is authorized to employ and retain Glenn D. Moses, Esq. and the law firm of Genovese Joblove & Battista, P.A. as its counsel *nunc pro tunc* to April 6, 2009, to perform the services set forth in the Application; and

3. Genovese Joblove & Battista, P.A. shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

###

Submitted by:
Glenn D. Moses, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for the Committee of Unsecured Creditors
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310
gmoses@gjb-law.com

Copies to:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]